**No. 10-5696. Vernon D. Woods, Petitioner v. United States.**

562 U.S. 934, 131 S. Ct. 336, 178 L. Ed. 2d 218, 2010 U.S. LEXIS 7311.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 375 Fed. Appx. 600.